*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  February 2, 2017                    522463
_____

In the Matter of HASHIM
    MATTHEWS,
                        Petitioner,

        v
                                        MEMORANDUM AND JUDGMENT

WILLIAM LEE, as Superintendent
    of Eastern Correctional
    Facility,
                        Respondent.
_____

Calendar Date:  November 29, 2016

Before:  Lynch, J.P., Rose, Devine, Mulvey and Aarons, JJ.

_____

        Hashim Matthews, Comstock, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Marcus J.
Mastracco of counsel), for respondent.

_____

        Proceeding pursuant to CPLR article 78 (transferred to this
Court by order of the Supreme Court, entered in Ulster County) to
review a determination of respondent finding petitioner guilty of
violating certain prison disciplinary rules.

        Determination confirmed.  No opinion.

        Lynch, J.P., Rose, Devine, Mulvey and Aarons, JJ., concur.

ADJUDGED that the determination is confirmed, without costs, and petition dismissed.


ENTER:

Robert D. Mayberger
Clerk of the Court